# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

———————————————

**No. 201600212**

———————————————

**UNITED STATES OF AMERICA**
Appellee

v.

**TANNER J. GIBNEY**
Lance Corporal (E-3), U.S. Marine Corps
Appellant

———————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Major Mark D. Sameit, USMC.
For Appellant: Captain David A. Peters, USMCR.
For Appellee: Brian K. Keller, Esq.

———————————————

Decided 25 August 2016

———————————————

Before PALMER, GLASER-ALLEN, and WHITSON, *Appellate Military Judges*

———————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court